Frank J. Loewe, Plaintiff-Appellee, v. The Guardian Trust Company, as Trustee et al., Defendants-Appellees.
Maxwell Kunin, Thomas M. Smith and Eugene A. Katz, Objectors-Appellants.
The Trust Company of Chicago, Aurora-Leland Hotel Company, John Knell et al., Appellees.

Gen. No. 10,495.

Rothbart & Rosenfield, for objectors-appellants; Edward Rothbart, Julius M. Rosenfield, Joseph Stein, and Thomas E. Moran, of counsel; Bippus, Rose, Burt & Pierce, for certain appellee; Robert C. Pierce, of counsel; Newhall & Givler, for certain other appellee; John K. Newhall, of counsel. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed August 23, 1951; released for publication September 12, 1951.